UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| WOODROW ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CV-290 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| GARY BURGESS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

For the reasons set out in the accompanying Memorandum, the Court hereby **REMANDS** this case to Hamilton County, Tennessee General Sessions Court and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**